# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### TACOMA DIVISION

| | |
|---|---|
| CHERYL L. DILTZ,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>    Defendant. | Civil No. 3:11-cv-05192-BHS-JRC<br><br>ORDER AMENDING THE SCHEDULING ORDER |

Based on Defendant's Motion to Amend the Scheduling Order (ECF No. 15), and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including September 6, 2011, to file Defendant's responsive brief;

- Plaintiff shall have up to and including September 20, 2011, to file an optional reply brief; and

- Oral argument, if desired, shall be requested by September 27, 2011.

DATED this 21st day of July, 2011.

                                                    _____<br>
                                                  J. Richard Creatura<br>
                                                  United States Magistrate Judge