UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHERYL L. DILTZ,<br><br>               Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>               Defendant. | CASE NO. 11-cv-5192 BHS<br><br>REPORT AND RECOMMENDATION ON STIPULATED MOTION FOR REMAND |

This matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Magistrates Rule MJR 4(a)(4), and as authorized by Mathews, Secretary of H.E.W. v. Weber, 423 U.S. 261 (1976). This matter is before the Court on Defendant's stipulated motion to remand the matter to the administration for further consideration. (ECF No. 18.)

After reviewing Defendant's stipulated motion and the remaining record, the undersigned recommends that the Court grant Defendant's motion, and reverse and remand this matter to the administration for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, based on the parties' stipulation, this Court recommends that the Administrative Law Judge ("the ALJ"): (1) further evaluate and develop the medical opinions of record; and, (2) further evaluate Plaintiff's residual functional capacity with reconsideration of the medical record, additional medical evidence, and Plaintiff's subjective complaints and credibility factors. The ALJ should hold a new hearing and this Court recommends that Plaintiff be allowed to present new arguments and further medical evidence, if such evidence becomes available. The ALJ should take any other actions necessary to develop the record.

Following proper presentation, the Court should consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

Given the facts and the parties' stipulation, the Court recommends that the District Judge immediately approve this Report and Recommendation and order that the case be **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

Dated this 25th day of August, 2011.

J. Richard Creatura
United States Magistrate Judge