# United States District Court

WESTERN DISTRICT OF WASHINGTON

CHERYL L. DILTZ

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C11-5192BHS

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation;

The matter is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g), to the Administration for further consideration; and

The Clerk is directed to enter Judgment and close this case.

| August 29, 2011 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

　　　　　　　　　　　　　　　　　　　　*s/CM Gonzalez*
　　　　　　　　　　　　　　　　　　　　Deputy Clerk